IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| NICHOLAS F. BREWER : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:03-cv-00154 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| WEST CHESTER, TOWNSHIP, OHIO, et al. : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . the Magistrate Judge's Report and Recommendation (doc. 17) is hereby ADOPTED IN ITS ENTIRETY.  The Township Defendants' Motion for Summary Judgment (doc. 15) is GRANTED.  This matter is hereby DISMISSED from the Court's docket WITH PREJUDICE.

6/21/05                                                                 James Bonini, Clerk


                                                                        s/Kevin Moser
                                                                        Kevin Moser
                                                                        Deputy Clerk